GUSSIE G. CONNELL, as Administratrix of the Estate of JAMES G. CONNELL, Deceased, Respondent, *v.* DAVID KAY, Appellant.

(Argued April 24, 1934; decided May 22, 1934.)

*Philip A. Rorty* for appellant.

*George F. Roesch, 2nd,* and *J. Allan Ballman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: CRANE, J.